[No. 28367-7-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL
GARCIA CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03165-5, Joseph Bever, J., entered April
30, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 32219-2-I.   Division One.   October 9, 1995.]

VERNIS L. ANDERSON, ET AL., *Appellants*, v. VIRGIL
MORGAN, JR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-2-02920-2, James H. Allendoerfer,
J., entered November 30, 1992. *Affirmed* by unpublished
opinion per Kennedy, J., concurred in by Baker, C.J., and
Becker, J.

[No. 32727-5-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRICK
JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-00610-3, Anthony P. Wartnik, J., entered
April 13, 1993. *Dismissed* by unpublished per curiam
opinion.

[No. 33008-0-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
LUCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-01748-7, Robert S. Lasnik, J., entered
July 1, 1993. *Dismissed* by unpublished per curiam
opinion.